UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------------------------------- x
TRENENA "TRINA" PATTERSON,                                        :
                                                                  :
                                                                  :     POST-CONFERENCE ORDER
                                             Plaintiff,           :
                                                                  :     20 Civ. 1911 (AKH)
        -against-                                                 :
                                                                  :
                                                                  :
                                                                  :
ENTERTAINMENT PARTNERS LLC, EYE                                   :
PRODUCTIONS INC., VIACOMCBS INC., and                             :
MICHAEL WOLL,                                                     :
                                                                  :
                                             Defendants.          :
----------------------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

On December 30, 2021 the parties submitted a letter pursuant to Rule 2E of my Individual Rules to raise a discovery dispute. Via an order posted on the docket (ECF No. 47), I ordered the parties to appear for a conference to resolve the discovery disputes on January 20, 2022 at 10:30 a.m. Plaintiff's counsel did not appear, despite attempts to contact her after the scheduled start of the conference. At approximately 10:45 a.m., the conference proceeded on the record. With respect to the discovery disputes, for the reasons set forth on the record, I ruled as follows:

1. My order dated July 9, 2021 (ECF No. 33) was not intended to preclude production of relevant pre-2016 medical records. Defendants have adequately shown cause as to why the records produced to date, including the pre-2016 records produced by Dr. Nelson Fazio, are relevant. Plaintiff is not entitled to claw back any of the produced documents.

2. To the extent not already produced, Defendants shall share with Plaintiff all records received from Plaintiff's health care providers.

3. The medical records produced subject to this dispute may be treated as confidential pursuant to the parties' Confidentiality Stipulation (ECF No. 29).

4. The Rule 35 examination of Plaintiff may proceed for one additional hour, on a date to be noticed within one week of this order.

5. Each party's expert may review medical records produced to date and will have 21 days after the conclusion of Plaintiff's Rule 35 exam to supplement their respective reports.

6. Except for the matters identified in the preceding paragraphs, discovery will remain closed. Plaintiff is not required to authorize release of any further medical records.

7. The status conference scheduled for March 4, 2022 is adjourned to March 18, 2022 at 10:00 a.m, at which time a date for trial will be set.

Finally, it is hereby ordered that the Clerk shall change the caption of the above-captioned matter to reflect the fact that Defendant Entertainment Partners LLC was dismissed from the case on April 9, 2020 (ECF No. 19): namely, "Patterson v. Eye Productions Inc., et al.".

SO ORDERED.

Dated:   January 20, 2022                   __/s/ Alvin K. Hellerstein_____
         New York, New York                 ALVIN K. HELLERSTEIN
                                            United States District Judge