UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
PATTERNSON,

                             Plaintiff,

   -against-

ENTERTAINMENT PARTNERS LLC, et al.,

                          Defendants.
----------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

20 Civ. 1911 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On March 9, 2022, I referred this case to Magistrate Judge Gorenstein for settlement. Accordingly, the status conference scheduled for March 18, 2022 is adjourned to May 20, 2022 at 10 a.m. The conference will be held via the following call-in number:

       **Call-in number: 888-363-4749**

       **Access code: 7518680**

       To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference. No later than May 18, 2022, at 5:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information. Additionally, the Clerk shall terminate ECF No. 51.

       SO ORDERED.

Dated:    March 10, 2022                        \_\_/s/ Alvin K. Hellerstein\_\_\_\_
           New York, New York            ALVIN K. HELLERSTEIN
                                                 United States District Judge