

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Laura Sack**
212.603.6450 tel
212.379.5224 fax

laurasack@dwt.com

March 11, 2022

<u>VIA ECF</u>

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMORANDUM ENDORSED

Re: *Patterson v. Entertainment Partners LLC, et al.*
<u>Case No. 20-CV-1911 (AKH) (GWG)</u>

Your Honor:

As counsel for Defendants in the above-referenced action we write jointly with Plaintiff's counsel to request an adjournment of the settlement conference currently scheduled for April 4, 2022 at 10:00 a.m. Counsel for both parties have conferred and all counsel and parties are available on April 19, 2022 at 10:00 a.m., the date we received from your law clerk.

The parties would also like the conference be conducted via Zoom and Plaintiff's counsel, Rachel Allen, has offered to provide a Zoom link

We thank the Court for its consideration of the parties' joint request.

Respectfully submitted,

<u>/s Laura Sack</u>

Laura Sack

cc: Rachel Allen, Esq.

Conference adjourned to April 19, 2022, at 10:00 a.m. Submissions due April 13, 2022.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
March 11, 2022

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.