UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- x
PATTERSON,                                                      :
                                                                :
                                                                :   ORDER REGULATING
                                                                :   PROCEEDINGS
                                   Plaintiff,                   :
                                                                :
      -against-                                                 :   20 Civ. 1911 (AKH)
                                                                :
                                                                :
                                                                :
                                                                :
ENTERTAINMENT PARTNERS LLC, et al.,                             :
                                                                :
                                   Defendants.                  :
-------------------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On April 19, 2022, Judge Gorenstein held a settlement conference with the

parties, following which a settlement was reached.  Accordingly, this case is dismissed.  If the

settlement is not consummated within 30 days of this order, or an authorized enlarged date,

either party may apply by letter for restoration of the action within 10 days after the close of said

period.  All pending court dates are cancelled.  The Clerk is directed to close the case.

        SO ORDERED.

Dated:        April 25, 2022                    __/s/ Alvin K. Hellerstein_____
              New York, New York                ALVIN K. HELLERSTEIN
                                                United States District Judge