

May 19, 2022

**VIA ECF**
Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

The request to extend the time to finalize the settlement is granted. So ordered.
/s/ Alvin K. Hellerstein
May 19, 2022

Re: **Trenena "Trina" Patterson v. Entertainment Partners LLC, et. al.**
Civ. Case No. 1:20-cv-01911-AKH

Dear Judge Hellerstein:

This firm represents Plaintiff, Trenena "Trina" Patterson, in the above-referenced matter. As the Court is aware, the parties have reached a settlement in principle and are in the process of finalizing the settlement documents.

This case is currently scheduled to close today, May 19, 2022. Plaintiff, with the consent of counsel for Defendants, respectfully requests a two (2) week extension of time to finalize this settlement, until June 2, 2022.

We thank the Court for its attention to this matter.

Respectfully submitted,

DEREK SMITH LAW GROUP PLLC
*Counsel for Plaintiff*

**/s Rachel Allen**
Rachel Allen, Esq.

cc: Laura Sack, Esq. (via ECF)
Lisa Dayan, Esq. (via ECF)